**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____

Chapter you are filing under:
☒ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **1.** | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | MARK <br> First name <br><br> MICHAEL <br> Middle name <br><br> MONTALTO, Sr. <br> Last name and Suffix (Sr., Jr., II, III) | First name <br><br><br> Middle name <br><br><br> Last name and Suffix (Sr., Jr., II, III) |
| | Bring your picture identification to your meeting with the trustee. | | |
| **2.** | **All other names you have used in the last 8 years** | | |
| | Include your married or maiden names and any assumed, trade names and *doing business as* names. | | |
| | Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-4686 | |

Debtor 1    MARK MICHAEL MONTALTO, Sr.                          Case number *(if known)*  _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** **Your Employer Identification Number (EIN), if any.** | _____<br>EIN | _____<br>EIN |

**5.** **Where you live**

2028 SW DRIFTWOOD ST
Port Saint Lucie, FL 34953
Number, Street, City, State & ZIP Code

St. Lucie
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Debtor 1    MARK MICHAEL MONTALTO, Sr.                                        Case number *(if known)*    _____

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.  The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

- ☒ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.  How you will pay the fee**

- ☒ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.  Have you filed for bankruptcy within the last 8 years?**

- ☒ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☒ No
- ☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11.  Do you rent your residence?**

- ☐ No.    Go to line 12.
- ☒ Yes.    Has your landlord obtained an eviction judgment against you?
  - ☒ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1    MARK MICHAEL MONTALTO, Sr.                                    Case number *(if known)*

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

☒ No.    Go to Part 4.

☐ Yes.    Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☒ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No.
☐ Yes.

What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

_____
Number, Street, City, State & Zip Code

Debtor 1    MARK MICHAEL MONTALTO, Sr.                              Case number *(if known)*

---

**Part 5:**  **Explain Your Efforts to Receive a Briefing About Credit Counseling**

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15.  Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices.   If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

Debtor 1   MARK MICHAEL MONTALTO, Sr.                                    Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a.   **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒ No. Go to line 16b.

☐ Yes. Go to line 17.

16b.   **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☒ Yes. Go to line 17.

16c.   State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☒ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☒ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☒ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☒ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ MARK MICHAEL MONTALTO, Sr.
_____              _____
MARK MICHAEL MONTALTO, Sr.                   Signature of Debtor 2
Signature of Debtor 1

Executed on   March 13, 2025                  Executed on   _____
              MM / DD / YYYY                                MM / DD / YYYY

Debtor 1   MARK MICHAEL MONTALTO, Sr.                                    Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.   I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

/s/ David L. Merrill                                Date      March 13, 2025
Signature of Attorney for Debtor                                MM / DD / YYYY

David L. Merrill 99155
Printed name

The Associates
Firm name

Harbour Financial Center
2401 PGA Boulevard, Suite 280M
Suite B
Palm Beach Gardens, FL 33410
Number, Street, City, State & ZIP Code

Contact phone    (561) 877-1111              Email address    dlm@theassociates.com

99155 FL
Bar number & State

---

Official Form 101            **Voluntary Petition for Individuals Filing for Bankruptcy**            page 7

**Fill in this information to identify your case:**

| Debtor 1 | MARK MICHAEL MONTALTO, Sr. | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

| | | Your assets Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B......................................................... | $                0.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B................................................ | $             656.27 |
| | 1c. Copy line 63, Total of all property on Schedule A/B......................................................... | $             656.27 |

### Part 2:    Summarize Your Liabilities

| | | Your liabilities Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $                0.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $          5,843.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $       8,214,249.39 |
| | **Your total liabilities** | $       8,220,092.39 |

### Part 3:    Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*............................................... | $             951.50 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*.................................................. | $          2,495.69 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☒ Yes

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☒ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1    MARK MICHAEL MONTALTO, Sr.                          Case number *(if known)* _____

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                          $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

| Fill in this information to identify your case and this filing: | | | |
|---|---|---|---|
| Debtor 1 | MARK MICHAEL MONTALTO, Sr. | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA | | |
| Case number | | | |

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once.   If an asset fits in more than one category, list the asset in the category where you think it fits best.   Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.   **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☒ No. Go to Part 2.
☐ Yes.   Where is the property?

### Part 2:   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

3.   **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☒ No
☐ Yes

4.   **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
pages you have attached for Part 2. Write that number here.............................................................=> | $0.00 |

### Part 3:   Describe Your Personal and   Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|
| 6.   **Household goods and furnishings**<br>*Examples:* Major appliances, furniture, linens, china, kitchenware<br>☐ No<br>☒ Yes.   Describe..... | |
| 1 Desk | $10.00 |
| 1 Pasiose Air Nail Gun - 20 yrs old; 1 Pora Cable Air Coil Gun, 20 yrs old; 1 Makita Skillsaw, 22 yrs old; 1 Dewalt Air Compressor 24 yrs old | $150.00 |
| Craftsman open end wrenches, 21 yrs old; Stanley sockets (loose pieces) 20 yrs old; Craftsman screwdrivers (variety of sizes and types)22 yrs old; | $120.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1    MARK MICHAEL MONTALTO, Sr.                                   Case number *(if known)* _____

**7.   Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
        including cell phones, cameras, media players, games

☐ No
☒ Yes.   Describe.....

| 1 Dell Computer, 1 Sceptre monitor | $20.00 |
| --- | --- |

**8.   Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections;
        other collections, memorabilia, collectibles

☒ No
☐ Yes.   Describe.....

**9.   Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools;
        musical instruments

☐ No
☒ Yes.   Describe.....

| Model Airplanes | $1.00 |
| --- | --- |

**10.   Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No
☒ Yes.   Describe.....

| 1 Ruger Semi-automatic, 4 years old;<br>1 Stoeber 12 gauge shotgun, 7 years old;<br>1 Mossber .410 shot gun, 20 years old | $125.00 |
| --- | --- |

**11.   Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☒ Yes.   Describe.....

| Clothing, of no value but to Debtor | $0.00 |
| --- | --- |

**12.   Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☒ Yes.   Describe.....

| 1 gold wedding band, $100.00;<br>1 gold wedding band, $100.00;<br>2 10k gold necklaces, $20.00 | $220.00 |
| --- | --- |

**13.   Non-farm animals**
*Examples:* Dogs, cats, birds, horses

☒ No
☐ Yes.   Describe.....

**14.   Any other personal and household items you did not already list, including any health aids you did not list**

☒ No
☐ Yes.   Give specific information.....

**15.   Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
        for Part 3. Write that number here .............................................................................**

| $646.00 |
| --- |

**Part 4:   Describe Your Financial Assets**

**Do you own or have any legal or equitable interest in any of the following?**                    **Current value of the portion you own?**
                                                                                                    Do not deduct secured
                                                                                                    claims or exemptions.

**16.   Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1    MARK MICHAEL MONTALTO, Sr.                                    Case number *(if known)*

☒ Yes.............................................................................................................

Cash                                   $10.27

---

17.  **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ☒ Yes......................              Institution name:

        17.1.   Checking          Seacoast Bank                                        $0.00

---

18.  **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☒ No
    ☐ Yes..................              Institution or issuer name:

19.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ☒ Yes.   Give specific information about them...................
                            Name of entity:                              % of ownership:
                            Port St Lucie Properties, Inc                        %            $0.00

20.  **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ☒ No
    ☐ Yes. Give specific information about them
                            Issuer name:

21.  **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☒ No
    ☐ Yes. List each account separately.
                            Type of account:              Institution name:

22.  **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ☒ No
    ☐ Yes. .....................              Institution name or individual:

23.   **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ☒ No
    ☐ Yes.............       Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☒ No
    ☐ Yes.............       Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25.   **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☒ No
    ☐ Yes.   Give specific information about them...

26.  **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ☒ No
    ☐ Yes.   Give specific information about them...

27.  **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☒ No
    ☐ Yes.   Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured |
|---|---|

Debtor 1    MARK MICHAEL MONTALTO, Sr.    Case number *(if known)* _____

claims or exemptions.

28.  **Tax refunds owed to you**
☒ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

29.  **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
☒ No
☐ Yes. Give specific information......

30.  **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,   workers' compensation, Social Security benefits; unpaid loans you made to someone else
☒ No
☐ Yes.   Give specific information..

31.  **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☐ No
☒ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| $10,000.00 life insurance policy paid for through his current work. | Shannon Mitler | $0.00 |

32.  **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
☒ No
☐ Yes.   Give specific information..

33.  **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
☒ No
☐ Yes.   Describe each claim.........

34.  **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☒ No
☐ Yes.   Describe each claim.........

35.  **Any financial assets you did not already list**
☒ No
☐ Yes.   Give specific information..

36.  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**..................................................................................................................

$10.27

**Part 5:  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37.  **Do you own or have any legal or equitable interest in any business-related property?**
☒ No. Go to Part 6.
☐ Yes.   Go to line 38.

**Part 6:  Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☒ No. Go to Part 7.
☐ Yes.   Go to line 47.

**Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above**

Debtor 1    MARK MICHAEL MONTALTO, Sr.                                    Case number *(if known)*

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☒ No
    ☐ Yes. Give specific information........

54. **Add the dollar value of all of your entries from Part 7. Write that number here**  ...................................

| | $0.00 |
|---|---|

| **Part 8:** | List the Totals of Each Part of this Form |
|---|---|

| 55. | **Part 1: Total real estate, line 2** ................................................................................... | | $0.00 |
|---|---|---|---|

| 56. | **Part 2: Total vehicles, line 5** | $0.00 | |
|---|---|---|---|
| 57. | **Part 3: Total personal and household items, line 15** | $646.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $10.27 | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** | + $0.00 | |

| 62. | **Total personal property.** Add lines 56 through 61... | $656.27 | Copy personal property total | $656.27 |
|---|---|---|---|---|

| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | $656.27 |
|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | MARK MICHAEL MONTALTO, Sr. |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

**4/22**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**    **Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions.    11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.    11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| 1 Desk<br>Line from *Schedule A/B*: 6.1 | $10.00 | ☒ | $10.00 | Fla. Const. art. X, § 4(a)(2) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| 1 Pasiose Air Nail Gun - 20 yrs old; 1 Pora Cable Air Coil Gun, 20 yrs old; 1 Makita Skillsaw, 22 yrs old; 1 Dewalt Air Compressor 24 yrs old<br>Line from *Schedule A/B*: 6.2 | $150.00 | ☒ | $150.00 | Fla. Const. art. X, § 4(a)(2) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Craftsman open end wrenches, 21 yrs old; Stanley sockets (loose pieces) 20 yrs old; Craftsman screwdrivers (variety of sizes and types)22 yrs old;<br>Line from *Schedule A/B*: 6.3 | $120.00 | ☒ | $120.00 | Fla. Const. art. X, § 4(a)(2) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| 1 Dell Computer, 1 Sceptre monitor<br>Line from *Schedule A/B*: 7.1 | $20.00 | ☒ | $20.00 | Fla. Const. art. X, § 4(a)(2) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Model Airplanes<br>Line from *Schedule A/B*: 9.1 | $1.00 | ☒ | $1.00 | Fla. Const. art. X, § 4(a)(2) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    MARK MICHAEL MONTALTO, Sr.                                    Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| 1 Ruger Semi-automatic, 4 years old;<br>1 Stoeber 12 gauge shotgun, 7 years old;<br>1 Mossber .410 shot gun, 20 years old<br>Line from *Schedule A/B*: 10.1 | $125.00 | ☒ $125.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(2) |
| 1 gold wedding band, $100.00;<br>1 gold wedding band, $100.00;<br>2 10k gold necklaces, $20.00<br>Line from *Schedule A/B*: 12.1 | $220.00 | ☒ $220.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(2) |
| Cash<br>Line from *Schedule A/B*: 16.1 | $10.27 | ☒ $10.27<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(2) |

3.  **Are you claiming a homestead exemption of more than $189,050?**
    (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

    ☒  No
    ☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
        ☐  No
        ☐  Yes

**Fill in this information to identify your case:**

Debtor 1                MARK MICHAEL MONTALTO, Sr.
                        First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)     First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☒ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | MARK MICHAEL MONTALTO, Sr. |
| | First Name                    Middle Name                    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name                    Middle Name                    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.   Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**
    ☐ No. Go to Part 2.
    ☒ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | Internal Revenue Service | | | |
| | Priority Creditor's Name | $5,843.00 | $5,843.00 | $0.00 |

| | | |
|---|---|---|
| **2.1** | Internal Revenue Service | Last 4 digits of account number _____ |
| | Priority Creditor's Name | |
| | PO Box 1214 | When was the debt incurred? _____ |
| | Charlotte, NC 28201 | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| **Who incurred the debt?** Check one. | ☒ Contingent |
| ☒ Debtor 1 only | ☒ Unliquidated |
| ☐ Debtor 2 only | ☒ Disputed |
| ☐ Debtor 1 and Debtor 2 only | **Type of PRIORITY unsecured claim:** |
| ☐ At least one of the debtors and another | ☐ Domestic support obligations |
| ☐ **Check if this claim is for a   community debt** | ☒ Taxes and certain other debts you owe the government |
| | ☐ Claims for death or personal injury while you were intoxicated |
| **Is the claim subject to offset?** | ☐ Other. Specify _____ |
| ☒ No | |
| ☐ Yes | |

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**
    ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
    ☒ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | Total claim |
|---|---|

Debtor 1    MARK MICHAEL MONTALTO, Sr.                                   Case number (if known) _____

| 4.1 | AAA LATH & STUCCO INC | Last 4 digits of account number _____ | $31,300.00 |

**4.1    AAA LATH & STUCCO INC**
Nonpriority Creditor's Name
302 SE FISK ROAD
Port Saint Lucie, FL 34984
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
☐ No
☒ Yes

Last 4 digits of account number _____                $31,300.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Trade debt

---

**4.2    ABOVE ALL PAINTING**
Nonpriority Creditor's Name
702 NE GALIOEAN ST
Port Saint Lucie, FL 34983
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
☐ No
☒ Yes

Last 4 digits of account number _____                $10,763.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Trade debt

---

**4.3    Abraham A & Dorothy Drouillard Calixte**
Nonpriority Creditor's Name
1270 SW Bargello Ave
Port Saint Lucie, FL 34953
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
☐ No
☒ Yes

Last 4 digits of account number _____                $60,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Trade debt

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor 1    MARK MICHAEL MONTALTO, Sr.                                    Case number (if known)

---

**4.4** | ACCURIGHT LAND SURVEYING | Last 4 digits of account number _____ | $700.00
Nonpriority Creditor's Name
1501 SE DECJER AVE, #4190
Stuart, FL 34994
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

---

**4.5** | Alexander Hess | Last 4 digits of account number _____ | $15,000.00
Nonpriority Creditor's Name
288 SE Collings Dr
Port Saint Lucie, FL 34953
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

---

**4.6** | ALEXANDER J PIAZZA PSM, INC | Last 4 digits of account number _____ | $14,700.00
Nonpriority Creditor's Name
619 BITMORE ST
Port Saint Lucie, FL 34953
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

---

**4.7** | Alexandra Zapata James | Last 4 digits of account number _____ | $62,000.00
Nonpriority Creditor's Name
10118 Dogwood Creek Drive
Jacksonville, FL 32222
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

---

Debtor 1   MARK MICHAEL MONTALTO, Sr.                               Case number (if known) _____

---

**4.8** | Alexandria Winiarskyj & A Ordonez | Last 4 digits of account number _____ | $70,000.00
Nonpriority Creditor's Name
3152 Johnston Road
Fort Pierce, FL 34951

**When was the debt incurred?** _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only          ☒ Contingent
☐ Debtor 1 and Debtor 2 only   ☒ Unliquidated
☒ At least one of the debtors and another   ☒ Disputed
☐ **Check if this claim is for a   community debt**   **Type of NONPRIORITY unsecured claim:**
☐ Student loans
**Is the claim subject to offset?**   ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ No          ☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Yes          ☒ Other. Specify   Trade debt

---

**4.9** | ALL COAST SEPTIC SERVICES, INC | Last 4 digits of account number _____ | $52,215.00
Nonpriority Creditor's Name
3106 MURA DR
Fort Pierce, FL 34982

**When was the debt incurred?** _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only          ☒ Contingent
☐ Debtor 1 and Debtor 2 only   ☒ Unliquidated
☒ At least one of the debtors and another   ☒ Disputed
☐ **Check if this claim is for a   community debt**   **Type of NONPRIORITY unsecured claim:**
☐ Student loans
**Is the claim subject to offset?**   ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ No          ☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Yes          ☒ Other. Specify   Trade debt

---

**4.10** | ALL COUNTY TOILETS, INC | Last 4 digits of account number _____ | $133.75
Nonpriority Creditor's Name
10501 S CAMELOT CIRCLE
DAVIE, FL 33328

**When was the debt incurred?** _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only          ☒ Contingent
☐ Debtor 1 and Debtor 2 only   ☒ Unliquidated
☒ At least one of the debtors and another   ☒ Disputed
☐ **Check if this claim is for a   community debt**   **Type of NONPRIORITY unsecured claim:**
☐ Student loans
**Is the claim subject to offset?**   ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ No          ☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Yes          ☒ Other. Specify   Trade debt

---

Debtor 1    MARK MICHAEL MONTALTO, Sr.                                      Case number (if known) _____

| 4.1 1 | Amanda J Parramore & Brandon Parramore | | Last 4 digits of account number _____ | | $54,000.00 |

**Nonpriority Creditor's Name**
5229 NW Jake Court
Stuart, FL 34994

**Number Street City State Zip Code**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☒ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Trade debt

---

| 4.1 2 | Andrew & Nelia Troia | | Last 4 digits of account number _____ | | $26,000.00 |

**Nonpriority Creditor's Name**
2631 NE 9th Avenue
Pompano Beach, FL 33064

**Number Street City State Zip Code**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☒ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Trade debt

---

| 4.1 3 | Andrew and Rachael Pastore | | Last 4 digits of account number _____ | | $67,000.00 |

**Nonpriority Creditor's Name**
737 SE Lansdowne Ave
Port Saint Lucie, FL 34983

**Number Street City State Zip Code**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☒ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Trade debt

---

Debtor 1   MARK MICHAEL MONTALTO, Sr.                              Case number (if known) _____

---

| 4.1 4 | Anthony Addorisio | Last 4 digits of account number _____ | $280,000.00 |

Nonpriority Creditor's Name
4058 SW Kallen Street
Port Saint Lucie, FL 34953

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| 4.1 5 | AQUA DIMENSIONS | Last 4 digits of account number _____ | $79,242.00 |

Nonpriority Creditor's Name
1651SW SOUTH MACEDO BLVD
Port Saint Lucie, FL 34984

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| 4.1 6 | ASHTON SEPTIC TANKS, INC | Last 4 digits of account number _____ | $15,995.00 |

Nonpriority Creditor's Name
376 CYCLONE DR
Fort Pierce, FL 34945

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

**Is the claim subject to offset?**
☐ No
☒ Yes

---

Debtor 1    MARK MICHAEL MONTALTO, Sr.                                              Case number (if known) _____

---

**4.17**

ATT                                                            Last 4 digits of account number _____        $2,833.85
Nonpriority Creditor's Name
PO BOX 5001                                                    When was the debt incurred?  _____
Carol Stream, IL 60197
Number Street City State Zip Code                             **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                               ☒ Contingent
☐ Debtor 2 only                                               ☒ Unliquidated
☐ Debtor 1 and Debtor 2 only                                  ☒ Disputed
☒ At least one of the debtors and another                     **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a    community**               ☐ Student loans
   **debt**                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                              report as priority claims
☐ No                                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Yes                                                         ☒ Other. Specify    Consumer Products and Services

---

**4.18**

Ava Alves De Sa & Gloria Belli                                Last 4 digits of account number _____        $20,000.00
Alvarez
Nonpriority Creditor's Name                                   When was the debt incurred?  _____
1698 SW Cecelia Lane


Port Saint Lucie, FL 34953
Number Street City State Zip Code                             **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                               ☒ Contingent
☐ Debtor 2 only                                               ☒ Unliquidated
☐ Debtor 1 and Debtor 2 only                                  ☒ Disputed
☒ At least one of the debtors and another                     **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a    community**               ☐ Student loans
   **debt**                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                              report as priority claims
☐ No                                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Yes                                                         ☒ Other. Specify    Trade debt

---

**4.19**

Bioneva Scott & Lorenzo Fulmore                               Last 4 digits of account number _____        $12,000.00
Nonpriority Creditor's Name
4582 SW Savona Blvd                                           When was the debt incurred?  _____
Port Saint Lucie, FL 34984
Number Street City State Zip Code                             **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                               ☒ Contingent
☐ Debtor 2 only                                               ☒ Unliquidated
☐ Debtor 1 and Debtor 2 only                                  ☒ Disputed
☒ At least one of the debtors and another                     **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a    community**               ☐ Student loans
   **debt**                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                              report as priority claims
☐ No                                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Yes                                                         ☒ Other. Specify    Trade debt

---

Debtor 1   MARK MICHAEL MONTALTO, Sr.                                         Case number (if known) _____

| 4.2 0 | | | |
|---|---|---|---|

**BOWDOIN G HUTCHINSON**
Nonpriority Creditor's Name
806 DELAWARE AVE
Fort Pierce, FL 34950
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number** _____                           $6,454.45

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

---

| 4.2 1 | | | |
|---|---|---|---|

**BRIGHT IDEAS LED**
Nonpriority Creditor's Name
1650 NW FEDERAL HWY
Stuart, FL 34994
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number** _____                           $5,665.87

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

---

| 4.2 2 | | | |
|---|---|---|---|

**BRITTANY THOMAS & TYLER J FARINAS**
Nonpriority Creditor's Name
111 SE ELCITO COURT
Port Saint Lucie, FL 34983
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number** _____                           $56,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1    MARK MICHAEL MONTALTO, Sr.                                    Case number (if known) _____

---

**4.2 3**

**BUILDERS FIRST SOURCE**
Nonpriority Creditor's Name
PO BPX 277126
Atlanta, GA 30384

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Trade debt

**$52,699.66**

---

**4.2 4**

**CABINET CONNECTION OF THE TREASURE COAST**
Nonpriority Creditor's Name
740 NW ENTERPRISE DR
Port Saint Lucie, FL 34986

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Trade debt

**$131,439.00**

---

**4.2 5**

Capital One Bass Pro
Nonpriority Creditor's Name
PO Box 30285
Salt Lake City, UT 84130

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number**    0946

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Credit card purchases

**$7,350.05**

---

Debtor 1  MARK MICHAEL MONTALTO, Sr.                                          Case number (if known)

| 4.2 6 | CARDINAL ROOFING AND SIDING | Last 4 digits of account number | $57,222.00 |

**CARDINAL ROOFING AND SIDING**
Nonpriority Creditor's Name
1601 SW SOUTH NIEMEYER CIR
Port Saint Lucie, FL 34952
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Trade debt

$57,222.00

---

| 4.2 7 | CARPENTER CONTRACTORS OF AMERICA, INC | Last 4 digits of account number | $66,925.00 |

**CARPENTER CONTRACTORS OF AMERICA, INC**
Nonpriority Creditor's Name
3200 NE 14TH ST CAUSEWAY
Pompano Beach, FL 33062
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Trade debt

$66,925.00

---

| 4.2 8 | Cassandra Palau Sealy | Last 4 digits of account number | $15,000.00 |

Cassandra Palau Sealy
Nonpriority Creditor's Name
7760 Johnson Street
Pembroke Pines, FL 33024
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Trade debt

$15,000.00

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   MARK MICHAEL MONTALTO, Sr.                                     Case number (if known) _____

| 4.2 9 | Charles E Denning, III & Johanne Denning | Last 4 digits of account number _____ | $16,000.00 |

Nonpriority Creditor's Name
132 SW Gettysburg Drive
Port Saint Lucie, FL 34953
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

---

| 4.3 0 | CHERYL MONTALTO | Last 4 digits of account number _____ | $99,000.00 |

Nonpriority Creditor's Name
2281 SE Melaleuca Blvd
Port Saint Lucie, FL 34952
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?**   November 2023

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Domestic Relations

---

| 4.3 1 | Christopher & Tera Krueger | Last 4 digits of account number _____ | $19,000.00 |

Nonpriority Creditor's Name
2044 SE Blackwell Dr
Port Saint Lucie, FL 34952
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

---

Debtor 1  MARK MICHAEL MONTALTO, Sr.                                    Case number (if known) _____

---

| 4.3 2 | | | |
|---|---|---|---|

**Christy Michelle Heath**
Nonpriority Creditor's Name
7403 Kenwood Road
Fort Pierce, FL 34951
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number** _____                          $10,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Trade debt

---

| 4.3 3 | | | |
|---|---|---|---|

**Clovis Gordon & Rosette Lynch**
Nonpriority Creditor's Name
2286 SW Crocus Lane
Port Saint Lucie, FL 34953
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number** _____                          $20,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Trade debt

---

| 4.3 4 | | | |
|---|---|---|---|

**COASTAL BUILDING CONTRACTORS**
Nonpriority Creditor's Name
751 SW SOUTH MACEDO BLVD
Port Saint Lucie, FL 34983
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number** _____                          $707,825.85

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Trade debt

---

Debtor 1  MARK MICHAEL MONTALTO, Sr.                                    Case number (if known) _____

| 4.3 5 | CREATIVE WOODWORKS & TRIM, LLC | Last 4 digits of account number _____ | $1,746.00 |

**Nonpriority Creditor's Name**
581 NW RED PINE WAY
Jensen Beach, FL 34957
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Trade debt

---

| 4.3 6 | CRISTANO & MARIA GAMBOA | Last 4 digits of account number _____ | $5,000.00 |

**Nonpriority Creditor's Name**
47 HIGHLAND AVENUE
PT WASHINGTON, NY 11500
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Trade debt

---

| 4.3 7 | D & D GARAGE DOORS OF PSL, INC | Last 4 digits of account number _____ | $9,000.00 |

**Nonpriority Creditor's Name**
PO BOX 880667
Port Saint Lucie, FL 34988
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Trade debt

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  MARK MICHAEL MONTALTO, Sr.                                    Case number (if known) _____

---

**4.38**

Dakota Howell                                          Last 4 digits of account number _____          $35,000.00
Nonpriority Creditor's Name
5494 NW Chapel Ct
Port Saint Lucie, FL 34986                             When was the debt incurred?  _____
Number Street City State Zip Code
**Who incurred the debt? Check one.**                  **As of the date you file, the claim is: Check all that apply**
☐ Debtor 1 only
☐ Debtor 2 only                                        ☒ Contingent
☐ Debtor 1 and Debtor 2 only                           ☒ Unliquidated
☒ At least one of the debtors and another              ☒ Disputed
☐ **Check if this claim is for a   community**         **Type of NONPRIORITY unsecured claim:**
   **debt**                                             ☐ Student loans
**Is the claim subject to offset?**                     ☐ Obligations arising out of a separation agreement or divorce that you did not
☐ No                                                      report as priority claims
☒ Yes                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                        ☒ Other. Specify  Trade debt

---

**4.39**

Danielle Desrosiers                                    Last 4 digits of account number _____          $20,000.00
Nonpriority Creditor's Name
632 SW McCracken Ave
Port Saint Lucie, FL 34953                             When was the debt incurred?  _____
Number Street City State Zip Code
**Who incurred the debt? Check one.**                  **As of the date you file, the claim is: Check all that apply**
☐ Debtor 1 only
☐ Debtor 2 only                                        ☒ Contingent
☐ Debtor 1 and Debtor 2 only                           ☒ Unliquidated
☒ At least one of the debtors and another              ☒ Disputed
☐ **Check if this claim is for a   community**         **Type of NONPRIORITY unsecured claim:**
   **debt**                                             ☐ Student loans
**Is the claim subject to offset?**                     ☐ Obligations arising out of a separation agreement or divorce that you did not
☐ No                                                      report as priority claims
☒ Yes                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                        ☒ Other. Specify  Trade debt

---

**4.40**

David and Elga Alvarado                                Last 4 digits of account number _____          $67,000.00
Nonpriority Creditor's Name
2361 SW Neal Road
Port Saint Lucie, FL 34953                             When was the debt incurred?  _____
Number Street City State Zip Code
**Who incurred the debt? Check one.**                  **As of the date you file, the claim is: Check all that apply**
☐ Debtor 1 only
☐ Debtor 2 only                                        ☒ Contingent
☐ Debtor 1 and Debtor 2 only                           ☒ Unliquidated
☒ At least one of the debtors and another              ☒ Disputed
☐ **Check if this claim is for a   community**         **Type of NONPRIORITY unsecured claim:**
   **debt**                                             ☐ Student loans
**Is the claim subject to offset?**                     ☐ Obligations arising out of a separation agreement or divorce that you did not
☐ No                                                      report as priority claims
☒ Yes                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                        ☒ Other. Specify  Trade debt

---

Debtor 1    MARK MICHAEL MONTALTO, Sr.                                        Case number (if known) _____

| 4.4 1 | DAVIDSON INSULATION & ACOUSTICS, INC | Last 4 digits of account number _____ | $85,106.00 |

**4.4 1**

DAVIDSON INSULATION & ACOUSTICS, INC
Nonpriority Creditor's Name
PO BOX 380939
Murdock, FL 33938
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**
**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Trade debt

$85,106.00

---

**4.4 2**

Dennis S & Paula J Mercer
Nonpriority Creditor's Name
502 SW Kabot Avenue
Port Saint Lucie, FL 34953
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**
**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Trade debt

$120,000.00

---

**4.4 3**

Donald J & Katherine A Zaros
Nonpriority Creditor's Name
1916 Lynx Drive
Fort Pierce, FL 34949
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**
**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Trade debt

$41,000.00

---

Debtor 1   MARK MICHAEL MONTALTO, Sr.                                      Case number (if known) _____

| 4.4 4 | | | |
|---|---|---|---|

**Donald Wartonick**
Nonpriority Creditor's Name

8 Blue Herons Way
Pepperell, MA 01463
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number** _____          $50,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

---

| 4.4 5 | | | |
|---|---|---|---|

**DREAM CONTRACTORS**
Nonpriority Creditor's Name

320 NW ENTERPRISE DR, SUITE 110
Port Saint Lucie, FL 34986
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number** _____          $22,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

---

| 4.4 6 | | | |
|---|---|---|---|

**Elvia & Jesus Burgos**
Nonpriority Creditor's Name

4770 SE Compass Way
Stuart, FL 34997
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number** _____          $20,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

---

Debtor 1   MARK MICHAEL MONTALTO, Sr.                                    Case number (if known) _____

| 4.4 7 | ENGINEERING DESIGN & CONSTRUCTION | Last 4 digits of account number _____ | $8,225.00 |

Nonpriority Creditor's Name
10250 SW VILLAGE PARKWAY, SUITE 201
Port Saint Lucie, FL 34987

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**As of the date you file, the claim is: Check all that apply**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

---

| 4.4 8 | Eric & Jacqueline McKay | Last 4 digits of account number _____ | $95,000.00 |

Nonpriority Creditor's Name
3 El Camino Real
Port Saint Lucie, FL 34952

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**As of the date you file, the claim is: Check all that apply**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

---

| 4.4 9 | Erik & Fallon Perez | Last 4 digits of account number _____ | $20,000.00 |

Nonpriority Creditor's Name
1598 SW Hackensack Ave
Port Saint Lucie, FL 34953

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**As of the date you file, the claim is: Check all that apply**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

---

Debtor 1   MARK MICHAEL MONTALTO, Sr.                                        Case number (if known)

---

| 4.5 0 | FOUR SEASONS LANDSCAPE NURSERY | Last 4 digits of account number | $396,159.75 |

**Nonpriority Creditor's Name**
4669 SW CITRUS BLVD
Palm City, FL 34990
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

---

| 4.5 1 | FREEDOM PORTABLES, LLC | Last 4 digits of account number | $66,373.15 |

**Nonpriority Creditor's Name**
940 NE DIXIE HWY
Jensen Beach, FL 34957
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

---

| 4.5 2 | FREEDOM WASTE SERVICES | Last 4 digits of account number | $6,297.00 |

**Nonpriority Creditor's Name**
940 NE DIXIE HWY
Jensen Beach, FL 34957
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1   MARK MICHAEL MONTALTO, Sr.                                    Case number (if known) _____

| 4.5 3 | | | |
|---|---|---|---|

**FRITZ IRRIGATION**                     Last 4 digits of account number _____        $3,880.00
Nonpriority Creditor's Name
P O BOX 1101                             **When was the debt incurred?** _____
Hobe Sound, FL 33475
Number Street City State Zip Code        **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                          ☒ Contingent
☐ Debtor 2 only                          ☒ Unliquidated
☐ Debtor 1 and Debtor 2 only             ☒ Disputed
☒ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a   community**   ☐ Student loans
**debt**                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims
☒ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                    ☒ Other. Specify   Trade debt _____

| 4.5 4 | | | |
|---|---|---|---|

**Galen Lambert**                        Last 4 digits of account number _____        $40,000.00
Nonpriority Creditor's Name
867 W Wisconsin Way                      **When was the debt incurred?** _____
Orange City, FL 32763
Number Street City State Zip Code        **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                          ☒ Contingent
☐ Debtor 2 only                          ☒ Unliquidated
☐ Debtor 1 and Debtor 2 only             ☒ Disputed
☒ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a   community**   ☐ Student loans
**debt**                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims
☐ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Yes                                    ☒ Other. Specify   Trade debt _____

| 4.5 5 | | | |
|---|---|---|---|

**Glenn Brian Pardo**                    Last 4 digits of account number _____        $20,000.00
Nonpriority Creditor's Name
 1040 SE Letha Circle, Apt #1            **When was the debt incurred?** _____
Stuart, FL 34994
Number Street City State Zip Code        **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                          ☒ Contingent
☐ Debtor 2 only                          ☒ Unliquidated
☐ Debtor 1 and Debtor 2 only             ☒ Disputed
☒ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a   community**   ☐ Student loans
**debt**                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims
☐ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Yes                                    ☒ Other. Specify   Trade debt _____

Debtor 1   MARK MICHAEL MONTALTO, Sr.                                    Case number (if known) _____

| 4.5 6 | Godfrey R Henry | Last 4 digits of account number | $150,000.00 |

**4.5 6**

Godfrey R Henry
Nonpriority Creditor's Name
3094 SW Letchworth St
Port Saint Lucie, FL 34953
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

$150,000.00

---

**4.5 7**

GOTTA GO GREEN
Nonpriority Creditor's Name
PO BOX 5375
Vero Beach, FL 32961
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

$1,293.35

---

**4.5 8**

H & L PAINTING AND SERVICES
Nonpriority Creditor's Name
2267 SW Franklin St
Port Saint Lucie, FL 34953
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

$8,843.63

Debtor 1   MARK MICHAEL MONTALTO, Sr.                                          Case number (if known) _____

| | |
|---|---|

**4.5 9**

Harvey Leder & Ian C Nolan
Nonpriority Creditor's Name
9398 Vercilli Street
Lake Worth, FL 33467
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☐ No
☒ Yes

Last 4 digits of account number _____        $15,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Trade debt

---

**4.6 0**

Hermee & Darlyne Dorsainvil
Nonpriority Creditor's Name
6217 NW Gatun Ct
Port Saint Lucie, FL 34986
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☐ No
☒ Yes

Last 4 digits of account number _____        $5,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Trade debt

---

**4.6 1**

HMC V LLC Camilo Montenegro
Nonpriority Creditor's Name
5805 Blue Lagoon Drive
Miami, FL 33126
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☐ No
☒ Yes

Last 4 digits of account number _____        $120,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Trade debt

---

Debtor 1   MARK MICHAEL MONTALTO, Sr.                                    Case number (if known) _____

| 4.6 2 | HOLT'S RELIABLE GARAGE DOOR REPAIR, LLC | | |
|---|---|---|---|

**HOLT'S RELIABLE GARAGE DOOR REPAIR, LLC**
Nonpriority Creditor's Name
3957 S US HWY 1
Fort Pierce, FL 34982
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number** _____     $2,500.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

---

| 4.6 3 | HUNTER CONSTRUCTION LLC | | |
|---|---|---|---|

**HUNTER CONSTRUCTION LLC**
Nonpriority Creditor's Name
3638 ADRIATICE LANE
Jensen Beach, FL 34957
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number** _____     $905.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

---

| 4.6 4 | Huy VU | | |
|---|---|---|---|

**Huy VU**
Nonpriority Creditor's Name
5048 S Lake Drive
Lake Clarke Shores, FL 33406
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number** _____     $97,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1  MARK MICHAEL MONTALTO, Sr.                                        Case number (if known) _____

| 4.6 5 | Ingred Stennett | Last 4 digits of account number _____ | $15,000.00 |

Ingred Stennett
Nonpriority Creditor's Name
6371 NW Regal Circle
Port Saint Lucie, FL 34983
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

Last 4 digits of account number _____                    $15,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Trade debt

---

| 4.6 6 | Jacob George Robinson | Last 4 digits of account number _____ | $18,000.00 |

Jacob George Robinson
Nonpriority Creditor's Name
2445 Beach Channel 1
Far Rockaway, NY 11691
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

Last 4 digits of account number _____                    $18,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Trade debt

---

| 4.6 7 | James & Lauren Windle | Last 4 digits of account number _____ | $30,000.00 |

James & Lauren Windle
Nonpriority Creditor's Name
3782 SW Kistler St
Port Saint Lucie, FL 34953
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

Last 4 digits of account number _____                    $30,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Trade debt

---

Debtor 1  MARK MICHAEL MONTALTO, Sr.                          Case number (if known) _____

| 4.6 8 | Jayhad & Karissa Julien | Last 4 digits of account number _____ | $10,000.00 |

Nonpriority Creditor's Name
555 Harbor St
Stuart, FL 34997
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt _____

---

| 4.6 9 | Jeana S Durden | Last 4 digits of account number _____ | $5,000.00 |

Nonpriority Creditor's Name
5113 Sunset Blvd
Fort Pierce, FL 34982
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt _____

---

| 4.7 0 | Jeremy Brothers & Wieslawa Brothers | Last 4 digits of account number _____ | $10,000.00 |

Nonpriority Creditor's Name
402 SW Molly St
Port Saint Lucie, FL 34984
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt _____

Debtor 1   MARK MICHAEL MONTALTO, Sr.                          Case number (if known) _____

| 4.7 1 | Jessica Vasco | Last 4 digits of account number | $25,000.00 |

Jessica Vasco
Nonpriority Creditor's Name
17316   81st Lane
Loxahatchee, FL 33470
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

$25,000.00

---

| 4.7 2 | JETSON | |

JETSON
Nonpriority Creditor's Name
4145 US HWY 1
Fort Pierce, FL 34982
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

$35,689.37

---

| 4.7 3 | JGE II | |

JGE II
Nonpriority Creditor's Name
2126 SW AZURE AVE
Port Saint Lucie, FL 34953
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

$142,783.60

Debtor 1  MARK MICHAEL MONTALTO, Sr.                                    Case number (if known) _____

| 4.7 4 | Joel Tamez | Last 4 digits of account number _____ | $15,000.00 |

Nonpriority Creditor's Name
5105 Myrtle Dr
Fort Pierce, FL 34982

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

---

| 4.7 5 | John & Brenda Stepongzi | Last 4 digits of account number _____ | $1,200.00 |

Nonpriority Creditor's Name
4359 Gator Trace Lane
Fort Pierce, FL 34982

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

---

| 4.7 6 | John & Leslie Duarte | Last 4 digits of account number _____ | $43,000.00 |

Nonpriority Creditor's Name
1981 SW Lennox St
Port Saint Lucie, FL 34953

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

---

Debtor 1   MARK MICHAEL MONTALTO, Sr.                                             Case number (if known) _____

---

**4.7 7**

John Tewey
Nonpriority Creditor's Name
2511 SE Rock Springs Drive
Port Saint Lucie, FL 34952
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

Last 4 digits of account number _____          $25,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

---

**4.7 8**

John WU & Anh Luu
Nonpriority Creditor's Name
1006 SW Majorca Ave
Port Saint Lucie, FL 34953
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

Last 4 digits of account number _____          $50,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

---

**4.7 9**

Jonathan Garcia
Nonpriority Creditor's Name
25 SW Uneeda Place
Port Saint Lucie, FL 34953
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

Last 4 digits of account number _____          $10,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1   MARK MICHAEL MONTALTO, Sr.                                Case number (if known) _____

| 4.8 0 | | | |
|---|---|---|---|

Jose Rivers & Emelyn Marcelino                    Last 4 digits of account number _____            $25,000.00
Nonpriority Creditor's Name
2573 SW Import Drive                              When was the debt incurred? _____
Port Saint Lucie, FL 34987
Number Street City State Zip Code                As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                  ☒ Contingent
☐ Debtor 2 only                                  ☒ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ☒ Disputed
☒ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a    community**   ☐ Student loans
**debt**                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**              report as priority claims
☐ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Yes                                            ☒ Other. Specify   Trade debt

| 4.8 1 | | | |
|---|---|---|---|

Joseph Bikowicz & Margaret Fischetti              Last 4 digits of account number _____            $82,000.00
Nonpriority Creditor's Name
3037 SW Segovia St                                When was the debt incurred? _____
Port Saint Lucie, FL 34986
Number Street City State Zip Code                As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                  ☒ Contingent
☐ Debtor 2 only                                  ☒ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ☒ Disputed
☒ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a    community**   ☐ Student loans
**debt**                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**              report as priority claims
☐ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Yes                                            ☒ Other. Specify   Trade debt

| 4.8 2 | | | |
|---|---|---|---|

Joshua Henry & Adriana Just                       Last 4 digits of account number _____            $225,000.00
Nonpriority Creditor's Name
6283 La Costa Dr., Apt E                           When was the debt incurred? _____
Boca Raton, FL 33433
Number Street City State Zip Code                As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                  ☒ Contingent
☐ Debtor 2 only                                  ☒ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ☒ Disputed
☒ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a    community**   ☐ Student loans
**debt**                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**              report as priority claims
☐ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Yes                                            ☒ Other. Specify   Trade debt

Debtor 1    MARK MICHAEL MONTALTO, Sr.                                    Case number (if known) _____

| 4.8 3 | Justin Sapp | Last 4 digits of account number _____ | $45,000.00 |

**Nonpriority Creditor's Name**
758 NE Hawls Ridge Way
Port Saint Lucie, FL 34983
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

---

| 4.8 4 | Kathleen Merritt & Mary Unkel | Last 4 digits of account number _____ | $20,000.00 |

**Nonpriority Creditor's Name**
2205 River Hammock Lane
Fort Pierce, FL 34981
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

---

| 4.8 5 | KELI SANTIAGO PA | Last 4 digits of account number _____ | $85,000.00 |

**Nonpriority Creditor's Name**
1366 SW KAPOK AVENUE
Port Saint Lucie, FL 34953
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1   MARK MICHAEL MONTALTO, Sr.                                          Case number (if known) _____

---

**4.8 6**

Kevin Poole & Tzofia Menashe
Nonpriority Creditor's Name
308 SW Becker Rd
Port Saint Lucie, FL 34953
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

$18,000.00

---

**4.8 7**

Kim V & Nguyen T Lam
Nonpriority Creditor's Name
6022 Westen Way
Lake Worth, FL 33463
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

$120,000.00

---

**4.8 8**

Kimberly Daly & Timothy Morris
Nonpriority Creditor's Name
1617 Holly Street
Nashville, TN 37206
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

$20,000.00

---

Debtor 1  MARK MICHAEL MONTALTO, Sr.                                    Case number (if known) _____

---

| 4.8 9 | | | |
|---|---|---|---|

**LANCER ENTERPRISES**                     Last 4 digits of account number _____                $254,236.26
Nonpriority Creditor's Name
PO BOX 880128                              **When was the debt incurred?** _____
Port Saint Lucie, FL 34988
Number Street City State Zip Code          **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                            ☒ Contingent
☐ Debtor 2 only                            ☒ Unliquidated
☐ Debtor 1 and Debtor 2 only               ☒ Disputed
☒ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a   community**  ☐ Student loans
**debt**                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**        report as priority claims
☐ No                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Yes                                      ☒ Other. Specify   Trade debt

---

| 4.9 0 | | | |
|---|---|---|---|

**LANDSCAPING BY ANTHONY**                 Last 4 digits of account number _____                $350.00
Nonpriority Creditor's Name
PO BOX 1903                                **When was the debt incurred?** _____
Palm City, FL 34991
Number Street City State Zip Code          **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                            ☒ Contingent
☐ Debtor 2 only                            ☒ Unliquidated
☐ Debtor 1 and Debtor 2 only               ☒ Disputed
☒ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a   community**  ☐ Student loans
**debt**                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**        report as priority claims
☐ No                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Yes                                      ☒ Other. Specify   Trade debt

---

| 4.9 1 | | | |
|---|---|---|---|

**LAVENTURE & ASSOCIATES**                 Last 4 digits of account number _____                $725.00
Nonpriority Creditor's Name
2552 PETERS RD, SUITE D                     **When was the debt incurred?** _____
Fort Pierce, FL 34945
Number Street City State Zip Code          **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                            ☒ Contingent
☐ Debtor 2 only                            ☒ Unliquidated
☐ Debtor 1 and Debtor 2 only               ☒ Disputed
☒ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a   community**  ☐ Student loans
**debt**                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**        report as priority claims
☐ No                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Yes                                      ☒ Other. Specify   Trade debt

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1  MARK MICHAEL MONTALTO, Sr.                                    Case number (if known) _____

| 4.9 2 | LOBRUTTO'S FINAL TOUCH CLEANING | Last 4 digits of account number _____ | $5,620.87 |

**Nonpriority Creditor's Name**
5713 MYRTLE DR

Fort Pierce, FL 34982

Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Trade debt

---

| 4.9 3 | Lois & Peter Richardson | Last 4 digits of account number _____ | $8,000.00 |

**Nonpriority Creditor's Name**
2285 SW Frisco Terrace
Port Saint Lucie, FL 34953

Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Trade debt

---

| 4.9 4 | Luis Prendes Martinez& Anna Prendes Diaz | Last 4 digits of account number _____ | $24,000.00 |

**Nonpriority Creditor's Name**
108 NE 7th Ave., Apt 307
Boynton Beach, FL 33435

Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Trade debt

---

Debtor 1  MARK MICHAEL MONTALTO, Sr.                                    Case number (if known) _____

| 4.9 5 | LUXURY ELITE LAWNS | Last 4 digits of account number _____ | $240.00 |

**4.9 5**

LUXURY ELITE LAWNS
Nonpriority Creditor's Name
1196 SE PRESTON LANE
Port Saint Lucie, FL 34983
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☐ No
☒ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

$240.00

---

**4.9 6**

Mario & Pastora Marchione
Nonpriority Creditor's Name
5868 NW Mesa Circle
Port Saint Lucie, FL 34986
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☐ No
☒ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

$112,000.00

---

**4.9 7**

Marjorie Zamy-Ducheine
Nonpriority Creditor's Name
5337 NW Alam Circle
Port Saint Lucie, FL 34986
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☐ No
☒ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

$30,000.00

---

Debtor 1   MARK MICHAEL MONTALTO, Sr.                                     Case number (if known) _____

| 4.9 8 | | | |
|---|---|---|---|

**MARLIN LEASING CORP**                          Last 4 digits of account number _____          $8,000.01
Nonpriority Creditor's Name
PO BOX 13604                                     **When was the debt incurred?** _____
PHILADELPHIA, PA 19010
Number Street City State Zip Code               **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                 ☒ Contingent
☐ Debtor 2 only                                 ☒ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ☒ Disputed
☒ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a   community    ☐ Student loans
debt**                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**             report as priority claims
☐ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Yes                                           ☒ Other. Specify   Trade debt

---

| 4.9 9 | | | |
|---|---|---|---|

Matthew Sternfeld & Samantha                     Last 4 digits of account number _____          $35,000.00
Mazzara
Nonpriority Creditor's Name                      **When was the debt incurred?** _____
12817 SW Vermillon Circle
Port Saint Lucie, FL 34987                       **As of the date you file, the claim is:** Check all that apply
Number Street City State Zip Code
**Who incurred the debt?** Check one.           ☒ Contingent
☐ Debtor 1 only                                 ☒ Unliquidated
☐ Debtor 2 only                                 ☒ Disputed
☐ Debtor 1 and Debtor 2 only                    **Type of NONPRIORITY unsecured claim:**
☒ At least one of the debtors and another       ☐ Student loans
☐ **Check if this claim is for a   community    ☐ Obligations arising out of a separation agreement or divorce that you did not
debt**                                          report as priority claims
**Is the claim subject to offset?**             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ No                                            ☒ Other. Specify   Trade debt
☒ Yes

---

| 4.1 00 | | | |
|---|---|---|---|

MBS MANNING BUILDING                             Last 4 digits of account number _____          $890,933.08
SUPPLIES
Nonpriority Creditor's Name                      **When was the debt incurred?** _____
3315 OLEANDER AVE
Fort Pierce, FL 34982                            **As of the date you file, the claim is:** Check all that apply
Number Street City State Zip Code
**Who incurred the debt?** Check one.           ☒ Contingent
☐ Debtor 1 only                                 ☒ Unliquidated
☐ Debtor 2 only                                 ☒ Disputed
☐ Debtor 1 and Debtor 2 only                    **Type of NONPRIORITY unsecured claim:**
☒ At least one of the debtors and another       ☐ Student loans
☐ **Check if this claim is for a   community    ☐ Obligations arising out of a separation agreement or divorce that you did not
debt**                                          report as priority claims
**Is the claim subject to offset?**             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ No                                            ☒ Other. Specify   Trade debt
☒ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1    MARK MICHAEL MONTALTO, Sr.                              Case number (if known) _____

| 4.1 01 | MER ENTERPRISES LLC/DBA LEED INSULATION | Last 4 digits of account number _____ | $4,598.00 |

Nonpriority Creditor's Name
3412 INDUSTRIAL 33RD ST
Fort Pierce, FL 34946
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☐ No
☒ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Trade debt

---

| 4.1 02 | Mercedes Mahin Goryl | Last 4 digits of account number _____ | $5,000.00 |

Nonpriority Creditor's Name
635 Dahlia Lane
Vero Beach, FL 32963
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☐ No
☒ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Trade debt

---

| 4.1 03 | Michael & Cybill Morrow Gonzalez | Last 4 digits of account number _____ | $37,000.00 |

Nonpriority Creditor's Name
2502 SE Rock Springs, Drive
Port Saint Lucie, FL 34953
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☐ No
☒ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Trade debt

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1  MARK MICHAEL MONTALTO, Sr.                          Case number (if known) _____

---

**4.1
04**

Michael & Yihong Dempsey
Nonpriority Creditor's Name
625 SW Jacoby Ave
Port Saint Lucie, FL 34953
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

Last 4 digits of account number _____           $100,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

---

**4.1
05**

Michael S Hamilton
Nonpriority Creditor's Name
5981 NW Baynard Drive
Port Saint Lucie, FL 34986
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

Last 4 digits of account number _____           $20,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

---

**4.1
06**

Micheal Singh
Nonpriority Creditor's Name
5854 NW Hann Drive
Port Saint Lucie, FL 34986
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

Last 4 digits of account number _____           $120,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1   MARK MICHAEL MONTALTO, Sr.                                    Case number (if known) _____

| 4.1 07 | |
|---|---|

**MK STRUCTURAL ENFINEERING**
Nonpriority Creditor's Name
587 W EAU GALLIE BLVD, SUITE 201
Melbourne, FL 32935
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number** _____              $3,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☐ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

---

| 4.1 08 | |
|---|---|

**Nadine Harrison**
Nonpriority Creditor's Name
4232 SW Karluk Drive
Port Saint Lucie, FL 34953
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number** _____              $15,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

---

| 4.1 09 | |
|---|---|

**NISAIR**
Nonpriority Creditor's Name
3700 US 1
Fort Pierce, FL 34982
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____              $36,210.30

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

---

Debtor 1  MARK MICHAEL MONTALTO, Sr.                                    Case number (if known) _____

| 4.1 10 | | | |
|---|---|---|---|

**Noreen Christine Bhoorasingh**
Nonpriority Creditor's Name
6191 Sugar Loaf Lane
West Palm Beach, FL 33411
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number** _____          $15,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

---

| 4.1 11 | | | |
|---|---|---|---|

**OCEAN BREEZE**
Nonpriority Creditor's Name
3269 NW 29TH AVE
Okeechobee, FL 34972
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number** _____          $96,390.25

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

---

| 4.1 12 | | | |
|---|---|---|---|

**Oscar Martinez**
Nonpriority Creditor's Name
815 W Boynton Beach Blvd
Boynton Beach, FL 33426
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number** _____          $10,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

---

Debtor 1   MARK MICHAEL MONTALTO, Sr.                                    Case number (if known) _____

| 4.1 13 | Paul Macell | Last 4 digits of account number _____ | $40,000.00 |

Nonpriority Creditor's Name
8824 First Tee road
Port Saint Lucie, FL 34986
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

---

| 4.1 14 | PAUL WELCH JR ENGINEER | Last 4 digits of account number _____ | $6,000.00 |

Nonpriority Creditor's Name
1984 SW Biltmore St # 114,
Port Saint Lucie, FL 34984
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

---

| 4.1 15 | PAUL WELCH SR, INC | Last 4 digits of account number _____ | $6,000.00 |

Nonpriority Creditor's Name
1984 SW BILTMORE ST, SUITE 114
Port Saint Lucie, FL 34984
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1   MARK MICHAEL MONTALTO, Sr.                                          Case number (if known) _____

| 4.1 16 | Paula Billyard | Last 4 digits of account number _____ | $50,000.00 |

Nonpriority Creditor's Name
1073 SW McCrackenAve
Port Saint Lucie, FL 34953
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

---

| 4.1 17 | Philip & Dorothy D thompson | Last 4 digits of account number _____ | $102,000.00 |

Nonpriority Creditor's Name
1758 SW Penrose Ave
Port Saint Lucie, FL 34953
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

---

| 4.1 18 | PIONEER SCREEN COMPANY INC II | Last 4 digits of account number _____ | $23,800.00 |

Nonpriority Creditor's Name
1682 SW BITMORE ST
Port Saint Lucie, FL 34984
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

---

Debtor 1    MARK MICHAEL MONTALTO, Sr.                                   Case number (if known) _____

---

| 4.1 19 | PLOP JON INC | Last 4 digits of account number _____ | $508.24 |
|---|---|---|---|

Nonpriority Creditor's Name
12100 SW MARTIN HWY
Palm City, FL 34990

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
- ☐ No
- ☒ Yes

**As of the date you file, the claim is:** Check all that apply
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   Trade debt

---

| 4.1 20 | PORT ST LUCIE GLASS AND MIRROR | Last 4 digits of account number _____ | $47,932.50 |
|---|---|---|---|

Nonpriority Creditor's Name
1520 SE SOUTH NIEMEYER CIR. STE 2
Port Saint Lucie, FL 34952

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
- ☐ No
- ☒ Yes

**As of the date you file, the claim is:** Check all that apply
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   Trade debt

---

| 4.1 21 | PRO PAINTERS CORP | Last 4 digits of account number _____ | $15,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
8753 US HWY 1
Fort Pierce, FL 34982

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
- ☐ No
- ☒ Yes

**As of the date you file, the claim is:** Check all that apply
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   Trade debt

---

Debtor 1  MARK MICHAEL MONTALTO, Sr.                                    Case number (if known) _____

---

**4.1 22**

**R & E LOADERS**
Nonpriority Creditor's Name
375 DALTON CIRCLE
Port Saint Lucie, FL 34984
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

Last 4 digits of account number _____            $39,885.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

---

**4.1 23**

Renal Exalus & Marie R Rosemond
Nonpriority Creditor's Name
305 S 12th Street
Fort Pierce, FL 34950
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

Last 4 digits of account number _____            $50,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

---

**4.1 24**

RESCUE REPAIR RENOVATE
Nonpriority Creditor's Name
2349 SW IMPORT DR
Port Saint Lucie, FL 34953
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

Last 4 digits of account number _____            $483.75

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

---

Debtor 1  MARK MICHAEL MONTALTO, Sr.                                    Case number (if known) _____

| 4.1 25 | Ricardo & Ursula Trujillo | Last 4 digits of account number _____ | $76,000.00 |

Nonpriority Creditor's Name
11 Lafayette Avenue
Summit, NJ 07901

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Trade debt

---

| 4.1 26 | Richard Malta | Last 4 digits of account number _____ | $24,000.00 |

Nonpriority Creditor's Name
2598 SE University Terrace
Port Saint Lucie, FL 34952

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Trade debt

---

| 4.1 27 | Robert & Tiffany Noon | Last 4 digits of account number _____ | $19,000.00 |

Nonpriority Creditor's Name
11850 Twin Creeks Drive
Fort Pierce, FL 34945

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Trade debt

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1  MARK MICHAEL MONTALTO, Sr.                                      Case number (if known) _____

| 4.1 28 | Robert Fletcher | Last 4 digits of account number _____ | $60,000.00 |

**4.1 28**

Robert Fletcher
Nonpriority Creditor's Name
3300 Port Royal N, Apt 228
Fort Pierce, FL 34982
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

Last 4 digits of account number _____        $60,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

---

**4.1 29**

Robert Roderick
Nonpriority Creditor's Name
1366 Appomattox Terrace
Port Saint Lucie, FL 34952
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

Last 4 digits of account number _____        $41,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

---

**4.1 30**

Ryan Bartholomew
Nonpriority Creditor's Name
7402 Salern Road
Fort Pierce, FL 34951
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

Last 4 digits of account number _____        $52,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1   MARK MICHAEL MONTALTO, Sr.                                    Case number (if known) _____

---

| 4.1 31 | Sandra & Jose Delores Hernandez Moreno | | Last 4 digits of account number _____ | $120,000.00 |

**4.1 31**

Sandra & Jose Delores Hernandez Moreno
Nonpriority Creditor's Name
208 SW Grove Avenue
Port Saint Lucie, FL 34953
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a   community debt**

Is the claim subject to offset?
- ☐ No
- ☒ Yes

Last 4 digits of account number _____              $120,000.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   Trade debt

---

**4.1 32**

SATCOMM BUILDERS INC
Nonpriority Creditor's Name
PO BOX 880781
Port Saint Lucie, FL 34988
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a   community debt**

Is the claim subject to offset?
- ☐ No
- ☒ Yes

Last 4 digits of account number _____              $50,030.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   Trade debt

---

**4.1 33**

Scott & Lea Anne Schlosser
Nonpriority Creditor's Name
30968 SE Miracle Lane
Port Saint Lucie, FL 34952
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a   community debt**

Is the claim subject to offset?
- ☐ No
- ☒ Yes

Last 4 digits of account number _____              $82,000.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   Trade debt

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor 1   MARK MICHAEL MONTALTO, Sr.                                    Case number (if known) _____

| | | |
|---|---|---|
| **4.1**<br>**34** | SCOTT'S DRILLING INC | $2,550.00 |

Nonpriority Creditor's Name
5014 PALM   DRIVE
Fort Pierce, FL 34982
Number Street City State Zip Code

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☐ No
☒ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

---

| | | |
|---|---|---|
| **4.1**<br>**35** | Shannon Mittler 1 | $18,100.00 |

Nonpriority Creditor's Name
2028 sw Driftwood Placw
34953
Number Street City State Zip Code

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☐ No
☒ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Business Loan (Unsecured)

---

| | | |
|---|---|---|
| **4.1**<br>**36** | Shannon Mittler 2 | $12,000.00 |

Nonpriority Creditor's Name
2928 SW   Driftwood Street
Port Saint Lucie, FL 34953
Number Street City State Zip Code

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☐ No
☒ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Business Loan (Unsecured)

---

Debtor 1   MARK MICHAEL MONTALTO, Sr.                                   Case number (if known) _____

| 4.1<br>37 | Small Business Administration | Last 4 digits of account number  8005 | $250,000.00 |

**Small Business Administration**
Nonpriority Creditor's Name
409 3rd Street SW
Washington, DC 20416
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☐ No
☒ Yes

Last 4 digits of account number   8005

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Business Loan (Unsecured)

$250,000.00

---

| 4.1<br>38 |

**SOD FARM LANDSCAPING**
Nonpriority Creditor's Name
PO BOX 425
Palm City, FL 34991
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☐ No
☒ Yes

Last 4 digits of account number   _____

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

$2,916.00

---

| 4.1<br>39 |

**Stephen Lorrimer**
Nonpriority Creditor's Name
6020 Shakewood Cir, Apt 201C
Tamarac, FL 33319
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☐ No
☒ Yes

Last 4 digits of account number   _____

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

$99,000.00

Debtor 1  MARK MICHAEL MONTALTO, Sr.                                    Case number (if known) _____

| 4.1 40 | | | |
|---|---|---|---|

**STONE DECOR**
Nonpriority Creditor's Name
2190 RESERVE PARK TRACE
Port Saint Lucie, FL 34986
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☐ No
☒ Yes

Last 4 digits of account number _____          $29,952.04

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Trade debt

---

| 4.1 41 | | | |
|---|---|---|---|

**SURFACE SPECIALIST**
Nonpriority Creditor's Name
1386 SE HUFFMAN RD
Port Saint Lucie, FL 34952
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☐ No
☒ Yes

Last 4 digits of account number _____          $200.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Trade debt

---

| 4.1 42 | | | |
|---|---|---|---|

**Susan Bigam & Oscar Andres Leon**
Nonpriority Creditor's Name
5453 NW Dolly CT

Port Saint Lucie, FL 34986
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☐ No
☒ Yes

Last 4 digits of account number _____          $33,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Trade debt

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   MARK MICHAEL MONTALTO, Sr.                                    Case number *(if known)* _____

| 4.1<br>43 | Tamara Bleil & Leanne Mattino | Last 4 digits of account number _____ | $10,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
105 Wingate Drive
Jupiter, FL 33456

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt _____

---

| 4.1<br>44 | THE BATH COLLECTION | Last 4 digits of account number _____ | $9,785.00 |
|---|---|---|---|

Nonpriority Creditor's Name
2250 OLD DIXIE HWY
Vero Beach, FL 32962

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt _____

---

| 4.1<br>45 | THE BUG ASSASSIN, LLC | Last 4 digits of account number _____ | $6,836.76 |
|---|---|---|---|

Nonpriority Creditor's Name
PO Box 690246
Vero Beach, FL 32969

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt _____

Debtor 1  MARK MICHAEL MONTALTO, Sr.                                    Case number (if known) _____

| | | |
|---|---|---|
| **4.1 46** | Treasure Cst Lnd Dvlpmnt LLC A Taffat | Last 4 digits of account number _____ $60,000.00 |

Nonpriority Creditor's Name
127 Manor Circle
Jupiter, FL 33458
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
☐ No
☒ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

---

| | | |
|---|---|---|
| **4.1 47** | VETERANS FENCE CONTRACTORS | Last 4 digits of account number _____ $4,500.00 |

Nonpriority Creditor's Name
1652 SW LAGORCE AVE
Port Saint Lucie, FL 34953
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
☐ No
☒ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

---

| | | |
|---|---|---|
| **4.1 48** | Wendy & Nam Hoai Nguyen | Last 4 digits of account number _____ $90,000.00 |

Nonpriority Creditor's Name
10006 DE Nuova Way
Port Saint Lucie, FL 34986
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
☐ No
☒ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Trade debt

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1   MARK MICHAEL MONTALTO, Sr.                                    Case number (if known) _____

| | |
|---|---|
| **4.1**<br>**49** | |

Yarnel Suarez & Anyelis Carrillo                    Last 4 digits of account number _____          $42,000.00
Nonpriority Creditor's Name
349 SW Kestor Drive                                 **When was the debt incurred?** _____
Port Saint Lucie, FL 34953
Number Street City State Zip Code                   **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                     ☒ Contingent
☐ Debtor 2 only                                     ☒ Unliquidated
☐ Debtor 1 and Debtor 2 only                        ☒ Disputed
☒ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a   community         ☐ Student loans
    debt**                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims
☐ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Yes                                               ☒ Other. Specify   Trade debt

| | |
|---|---|
| **4.1**<br>**50** | |

Yeashram Ramball                                    Last 4 digits of account number _____          $44,000.00
Nonpriority Creditor's Name
116-32 147th St                                     **When was the debt incurred?** _____
Jamaica, NY 11436
Number Street City State Zip Code                   **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                     ☒ Contingent
☐ Debtor 2 only                                     ☒ Unliquidated
☐ Debtor 1 and Debtor 2 only                        ☒ Disputed
☒ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a   community         ☐ Student loans
    debt**                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims
☐ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Yes                                               ☒ Other. Specify   Trade debt

| | |
|---|---|
| **4.1**<br>**51** | |

Yeney Ramirez                                       Last 4 digits of account number _____          $10,000.00
Nonpriority Creditor's Name
6173 NW East Deville Cir                            **When was the debt incurred?** _____
Port Saint Lucie, FL 34986
Number Street City State Zip Code                   **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                     ☒ Contingent
☐ Debtor 2 only                                     ☒ Unliquidated
☐ Debtor 1 and Debtor 2 only                        ☒ Disputed
☒ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a   community         ☐ Student loans
    debt**                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims
☐ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Yes                                               ☒ Other. Specify   Trade debt

---

**Part 3:     List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency
is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you
have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be
notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Part 4:     Add the Amounts for Each Type of Unsecured Claim**

6.  **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each
type of unsecured claim.

| | | | Total Claim |
|---|---|---|---|
| **Total claims<br>from Part 1** | 6a. | **Domestic support obligations** | 6a. $ _____ |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. $ 5,843.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $ 0.00 |

---

Debtor 1    MARK MICHAEL MONTALTO, Sr.                                  Case number (if known) _____

|  |  |  |  |
|---|---|---|---|
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. $ _____ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. $ _____ 5,843.00 |

| | | | | **Total Claim** |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ _____ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ _____ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ _____ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ _____ 8,214,249.39 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ _____ 8,214,249.39 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | MARK MICHAEL MONTALTO, Sr. |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☒ No. Check this box and file this form with the court with your other schedules.   You have nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| Name, Number, Street, City, State and ZIP Code | |

**2.1**
Name
Number        Street
City        State        ZIP Code

**2.2**
Name
Number        Street
City        State        ZIP Code

**2.3**
Name
Number        Street
City        State        ZIP Code

**2.4**
Name
Number        Street
City        State        ZIP Code

**2.5**
Name
Number        Street
City        State        ZIP Code

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | MARK MICHAEL MONTALTO, Sr. |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors

**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
☒ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☒ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | port st Lucie Properties, Inc<br>2960 Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.144___<br>☐ Schedule G<br>THE BATH COLLECTION |
| 3.2 | Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.25___<br>☐ Schedule G _____<br>Capital One Bass Pro |
| 3.3 | Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.17___<br>☐ Schedule G _____<br>ATT |
| 3.4 | Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.1___<br>☐ Schedule G _____<br>AAA LATH & STUCCO INC |

Debtor 1  MARK MICHAEL MONTALTO, Sr.

Case number *(if known)*

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.5  Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.6___<br>☐ Schedule G _____<br>ALEXANDER J PIAZZA PSM, INC |
| 3.6  Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.9___<br>☐ Schedule G _____<br>ALL COAST SEPTIC SERVICES, INC |
| 3.7  Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.10___<br>☐ Schedule G _____<br>ALL COUNTY TOILETS, INC |
| 3.8  Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.15___<br>☐ Schedule G _____<br>AQUA DIMENSIONS |
| 3.9  Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.16___<br>☐ Schedule G _____<br>ASHTON SEPTIC TANKS, INC |
| 3.10  Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.20___<br>☐ Schedule G _____<br>BOWDOIN G HUTCHINSON |
| 3.11  Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.21___<br>☐ Schedule G _____<br>BRIGHT IDEAS LED |
| 3.12  Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.23___<br>☐ Schedule G _____<br>BUILDERS FIRST SOURCE |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Debtor 1  MARK MICHAEL MONTALTO, Sr. _____      Case number *(if known)* _____

| | |
|---|---|
| **Additional Page to List More Codebtors** | |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |

3.13  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.24___
☐ Schedule G _____
CABINET CONNECTION OF THE TREASURE
COAST

3.14  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.26___
☐ Schedule G _____
CARDINAL ROOFING AND SIDING

3.15  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.27___
☐ Schedule G _____
CARPENTER CONTRACTORS OF AMERICA,
INC

3.16  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.34___
☐ Schedule G _____
COASTAL BUILDING CONTRACTORS

3.17  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.35___
☐ Schedule G _____
CREATIVE WOODWORKS & TRIM, LLC

3.18  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.41___
☐ Schedule G _____
DAVIDSON INSULATION & ACOUSTICS, INC

3.19  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.47___
☐ Schedule G _____
ENGINEERING DESIGN & CONSTRUCTION

3.20  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.50___
☐ Schedule G _____
FOUR SEASONS LANDSCAPE NURSERY

Debtor 1  MARK MICHAEL MONTALTO, Sr.                          Case number *(if known)*  _____

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.21  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.51___
☐ Schedule G _____
FREEDOM PORTABLES, LLC

3.22  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.52___
☐ Schedule G _____
FREEDOM WASTE SERVICES

3.23  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.53___
☐ Schedule G _____
FRITZ IRRIGATION

3.24  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.57___
☐ Schedule G _____
GOTTA GO GREEN

3.25  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.58___
☐ Schedule G _____
H & L PAINTING AND SERVICES

3.26  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.62___
☐ Schedule G _____
HOLT'S RELIABLE GARAGE DOOR REPAIR,
LLC

3.27  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.63___
☐ Schedule G _____
HUNTER CONSTRUCTION LLC

3.28  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.73___
☐ Schedule G _____
JGE II

Debtor 1   MARK MICHAEL MONTALTO, Sr.                              Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.29   Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.72___
☐ Schedule G _____
JETSON

3.30   Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.89___
☐ Schedule G _____
LANCER ENTERPRISES

3.31   Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.90___
☐ Schedule G _____
LANDSCAPING BY ANTHONY

3.32   Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.91___
☐ Schedule G _____
LAVENTURE & ASSOCIATES

3.33   Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.92___
☐ Schedule G _____
LOBRUTTO'S FINAL TOUCH CLEANING

3.34   Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.95___
☐ Schedule G _____
LUXURY ELITE LAWNS

3.35   Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.100___
☐ Schedule G _____
MBS MANNING BUILDING SUPPLIES

3.36   Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.101___
☐ Schedule G _____
MER ENTERPRISES LLC/DBA LEED
INSULATION

Debtor 1  MARK MICHAEL MONTALTO, Sr. _____     Case number *(if known)* _____

| ███ | **Additional Page to List More Codebtors** | |
|---|---|---|
| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.37  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.107___
☐ Schedule G _____
MK STRUCTURAL ENFINEERING

---

3.38  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.109___
☐ Schedule G _____
NISAIR

---

3.39  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.111___
☐ Schedule G _____
OCEAN BREEZE

---

3.40  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.114___
☐ Schedule G _____
PAUL WELCH JR ENGINEER

---

3.41  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.118___
☐ Schedule G _____
PIONEER SCREEN COMPANY INC II

---

3.42  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.119___
☐ Schedule G _____
PLOP JON INC

---

3.43  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.120___
☐ Schedule G _____
PORT ST LUCIE GLASS AND MIRROR

---

3.44  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.122___
☐ Schedule G _____
R & E LOADERS

---

3.45  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.124___
☐ Schedule G _____
RESCUE REPAIR RENOVATE

---

Debtor 1  MARK MICHAEL MONTALTO, Sr.                                    Case number *(if known)* _____

▮ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.46  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.132___
☐ Schedule G _____
SATCOMM BUILDERS INC

3.47  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.134___
☐ Schedule G _____
SCOTT'S DRILLING INC

3.48  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.138___
☐ Schedule G _____
SOD FARM LANDSCAPING

3.49  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.140___
☐ Schedule G _____
STONE DECOR

3.50  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.141___
☐ Schedule G _____
SURFACE SPECIALIST

3.51  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.147___
☐ Schedule G _____
VETERANS FENCE CONTRACTORS

3.52  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.13___
☐ Schedule G _____
Andrew and Rachael Pastore

3.53  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.14___
☐ Schedule G _____
Anthony Addorisio

Debtor 1  MARK MICHAEL MONTALTO, Sr.                                      Case number *(if known)*  _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.54  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.40___
☐ Schedule G _____
David and Elga Alvarado

---

3.55  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.18___
☐ Schedule G _____
Ava Alves De Sa & Gloria Belli Alvarez

---

3.56  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.110___
☐ Schedule G _____
Noreen Christine Bhoorasingh

---

3.57  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.142___
☐ Schedule G _____
Susan Bigam & Oscar Andres Leon

---

3.58  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.81___
☐ Schedule G _____
Joseph Bikowicz & Margaret Fischetti

---

3.59  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.116___
☐ Schedule G _____
Paula Billyard

---

3.60  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.143___
☐ Schedule G _____
Tamara Bleil & Leanne Mattino

---

3.61  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.70___
☐ Schedule G _____
Jeremy Brothers & Wieslawa Brothers

---

3.62  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.46___
☐ Schedule G _____
Elvia & Jesus Burgos

---

Debtor 1  MARK MICHAEL MONTALTO, Sr.                                    Case number *(if known)*  _____

---

| | |
|---|---|
| ■ **Additional Page to List More Codebtors** | |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.63   Port St Lucie Properties, Inc
       2690 SW Edgarce Street
       Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.3___
☐ Schedule G _____
Abraham A & Dorothy Drouillard Calixte

---

3.64   Port St Lucie Properties, Inc
       2690 SW Edgarce Street
       Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.88___
☐ Schedule G _____
Kimberly Daly & Timothy Morris

---

3.65   Port St Lucie Properties, Inc
       2690 SW Edgarce Street
       Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.104___
☐ Schedule G _____
Michael & Yihong Dempsey

---

3.66   Port St Lucie Properties, Inc
       2690 SW Edgarce Street
       Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.29___
☐ Schedule G _____
Charles E Denning, III & Johanne Denning

---

3.67   Port St Lucie Properties, Inc
       2690 SW Edgarce Street
       Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.39___
☐ Schedule G _____
Danielle Desrosiers

---

3.68   Port St Lucie Properties, Inc
       2690 SW Edgarce Street
       Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.94___
☐ Schedule G _____
Luis Prendes Martinez& Anna Prendes Diaz

---

3.69   Port St Lucie Properties, Inc
       2690 SW Edgarce Street
       Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.60___
☐ Schedule G _____
Hermee & Darlyne Dorsainvil

---

3.70   Port St Lucie Properties, Inc
       2690 SW Edgarce Street
       Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.76___
☐ Schedule G _____
John & Leslie Duarte

---

Debtor 1  MARK MICHAEL MONTALTO, Sr.                                    Case number *(if known)*  _____

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.71  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.97___
☐ Schedule G _____
Marjorie Zamy-Ducheine

3.72  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.69___
☐ Schedule G _____
Jeana S Durden

3.73  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.128___
☐ Schedule G _____
Robert Fletcher

3.74  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.19___
☐ Schedule G _____
Bioneva Scott & Lorenzo Fulmore

3.75  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.79___
☐ Schedule G _____
Jonathan Garcia

3.76  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.103___
☐ Schedule G _____
Michael & Cybill Morrow Gonzalez

3.77  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.33___
☐ Schedule G _____
Clovis Gordon & Rosette Lynch

3.78  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.102___
☐ Schedule G _____
Mercedes Mahin Goryl

3.79  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.105___
☐ Schedule G _____
Michael S Hamilton

Debtor 1  MARK MICHAEL MONTALTO, Sr.                                    Case number *(if known)* _____

| | | |
|---|---|---|
| | **Additional Page to List More Codebtors** | |
| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.80  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.108___
☐ Schedule G _____
Nadine Harrison

3.81  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.32___
☐ Schedule G _____
Christy Michelle Heath

3.82  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.82___
☐ Schedule G _____
Joshua Henry & Adriana Just

3.83  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.56___
☐ Schedule G _____
Godfrey R Henry

3.84  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.5___
☐ Schedule G _____
Alexander Hess

3.85  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.38___
☐ Schedule G _____
Dakota Howell

3.86  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.68___
☐ Schedule G _____
Jayhad & Karissa Julien

3.87  Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.31___
☐ Schedule G _____
Christopher & Tera Krueger

Debtor 1  MARK MICHAEL MONTALTO, Sr. _____        Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.88  Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.87___<br>☐ Schedule G _____<br>Kim V & Nguyen T Lam |
| 3.89  Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.54___<br>☐ Schedule G _____<br>Galen Lambert |
| 3.90  Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.139___<br>☐ Schedule G _____<br>Stephen Lorrimer |
| 3.91  Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.113___<br>☐ Schedule G _____<br>Paul Macell |
| 3.92  Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.126___<br>☐ Schedule G _____<br>Richard Malta |
| 3.93  Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.96___<br>☐ Schedule G _____<br>Mario & Pastora Marchione |
| 3.94  Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.112___<br>☐ Schedule G _____<br>Oscar Martinez |
| 3.95  Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.48___<br>☐ Schedule G _____<br>Eric & Jacqueline McKay |
| 3.96  Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.42___<br>☐ Schedule G _____<br>Dennis S & Paula J Mercer |

Debtor 1  MARK MICHAEL MONTALTO, Sr.                                    Case number *(if known)*  _____

| | |
|---|---|
| ▉ **Additional Page to List More Codebtors** | |
| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

| | | |
|---|---|---|
| 3.97 | Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.84___<br>☐ Schedule G _____<br>Kathleen Merritt & Mary Unkel |
| 3.98 | Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.61___<br>☐ Schedule G _____<br>HMC V LLC Camilo Montenegro |
| 3.99 | Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.131___<br>☐ Schedule G _____<br>Sandra & Jose Delores Hernandez Moreno |
| 3.100 | Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.148___<br>☐ Schedule G _____<br>Wendy & Nam Hoai Nguyen |
| 3.101 | Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.59___<br>☐ Schedule G _____<br>Harvey Leder & Ian C Nolan |
| 3.102 | Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.127___<br>☐ Schedule G _____<br>Robert & Tiffany Noon |
| 3.103 | Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.28___<br>☐ Schedule G _____<br>Cassandra Palau Sealy |
| 3.104 | Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.55___<br>☐ Schedule G _____<br>Glenn Brian Pardo |

Debtor 1    MARK MICHAEL MONTALTO, Sr.                                      Case number *(if known)*  _____

| | Additional Page to List More Codebtors |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.10<br>5 | Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.11___<br>☐ Schedule G _____<br>Amanda J Parramore & Brandon Parramore |
| 3.10<br>6 | Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.49___<br>☐ Schedule G _____<br>Erik & Fallon Perez |
| 3.10<br>7 | Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.86___<br>☐ Schedule G _____<br>Kevin Poole & Tzofia Menashe |
| 3.10<br>8 | Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.150___<br>☐ Schedule G _____<br>Yeashram Ramball |
| 3.10<br>9 | Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.151___<br>☐ Schedule G _____<br>Yeney Ramirez |
| 3.11<br>0 | Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.93___<br>☐ Schedule G _____<br>Lois & Peter Richardson |
| 3.11<br>1 | Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.80___<br>☐ Schedule G _____<br>Jose Rivers & Emelyn Marcelino |
| 3.11<br>2 | Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.66___<br>☐ Schedule G _____<br>Jacob George Robinson |
| 3.11<br>3 | Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.129___<br>☐ Schedule G _____<br>Robert Roderick |

Debtor 1  MARK MICHAEL MONTALTO, Sr.                                Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.11 4 Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.123___<br>☐ Schedule G _____<br>Renal Exalus & Marie R Rosemond |
| 3.11 5 Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.130___<br>☐ Schedule G _____<br>Ryan Bartholomew |
| 3.11 6 Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.83___<br>☐ Schedule G _____<br>Justin Sapp |
| 3.11 7 Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.133___<br>☐ Schedule G _____<br>Scott & Lea Anne Schlosser |
| 3.11 8 Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.106___<br>☐ Schedule G _____<br>Micheal Singh |
| 3.11 9 Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.65___<br>☐ Schedule G _____<br>Ingred Stennett |
| 3.12 0 Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.75___<br>☐ Schedule G _____<br>John & Brenda Stepongzi |
| 3.12 1 Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.99___<br>☐ Schedule G _____<br>Matthew Sternfeld & Samantha Mazzara |

Debtor 1  MARK MICHAEL MONTALTO, Sr.                                    Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.12<br>2 | Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.149___<br>☐ Schedule G _____<br>Yarnel Suarez & Anyelis Carrillo |
| 3.12<br>3 | Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.74___<br>☐ Schedule G _____<br>Joel Tamez |
| 3.12<br>4 | Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.146___<br>☐ Schedule G _____<br>Treasure Cst Lnd Dvlpmnt LLC A Taffat |
| 3.12<br>5 | Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.77___<br>☐ Schedule G _____<br>John Tewey |
| 3.12<br>6 | Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.117___<br>☐ Schedule G _____<br>Philip & Dorothy D thompson |
| 3.12<br>7 | Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.12___<br>☐ Schedule G _____<br>Andrew & Nelia Troia |
| 3.12<br>8 | Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.125___<br>☐ Schedule G _____<br>Ricardo & Ursula Trujillo |
| 3.12<br>9 | Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.71___<br>☐ Schedule G _____<br>Jessica Vasco |
| 3.13<br>0 | Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.64___<br>☐ Schedule G _____<br>Huy VU |

Debtor 1  MARK MICHAEL MONTALTO, Sr. _____    Case number *(if known)* _____

---

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.13<br>1 | Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.44___<br>☐ Schedule G _____<br>Donald Wartonick |
| 3.13<br>2 | Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.67___<br>☐ Schedule G _____<br>James & Lauren Windle |
| 3.13<br>3 | Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.8___<br>☐ Schedule G _____<br>Alexandria Winiarskyj & A Ordonez |
| 3.13<br>4 | Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.78___<br>☐ Schedule G _____<br>John WU & Anh Luu |
| 3.13<br>5 | Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.7___<br>☐ Schedule G _____<br>Alexandra Zapata James |
| 3.13<br>6 | Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.43___<br>☐ Schedule G _____<br>Donald J & Katherine A Zaros |
| 3.13<br>7 | Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.135___<br>☐ Schedule G _____<br>Shannon Mittler 1 |
| 3.13<br>8 | Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.136___<br>☐ Schedule G _____<br>Shannon Mittler 2 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  MARK MICHAEL MONTALTO, Sr.                                        Case number *(if known)* _____

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.13 9 | Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.145___
☐ Schedule G _____
THE BUG ASSASSIN, LLC

3.14 0 | Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.137___
☐ Schedule G _____
Small Business Administration

3.14 1 | Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.115___
☐ Schedule G _____
PAUL WELCH SR, INC

3.14 2 | Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.22___
☐ Schedule G _____
BRITTANY THOMAS & TYLER J FARINAS

3.14 3 | Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.36___
☐ Schedule G _____
CRISTANO & MARIA GAMBOA

3.14 4 | Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.37___
☐ Schedule G _____
D & D GARAGE DOORS OF PSL, INC

3.14 5 | Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.45___
☐ Schedule G _____
DREAM CONTRACTORS

3.14 6 | Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.85___
☐ Schedule G _____
KELI SANTIAGO PA

3.14 7 | Port St Lucie Properties, Inc
2690 SW Edgarce Street
Port Saint Lucie, FL 34953

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.98___
☐ Schedule G _____
MARLIN LEASING CORP

Debtor 1  MARK MICHAEL MONTALTO, Sr.                                    Case number *(if known)*  _____

| Additional Page to List More Codebtors | |
|---|---|
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
| 3.148 Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.121___<br>☐ Schedule G _____<br>PRO PAINTERS CORP |
| 3.149 Port St Lucie Properties, Inc<br>2690 SW Edgerce St<br>Port Saint Lucie, FL 34953 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.2___<br>☐ Schedule G _____<br>ABOVE ALL PAINTING |
| 3.150 Port St Lucie Properties, Inc<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34984 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.4___<br>☐ Schedule G _____<br>ACCURIGHT LAND SURVEYING |

Fill in this information to identify your case:

Debtor 1 __MARK MICHAEL MONTALTO, Sr.__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA__

Case number _____
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income

**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
| --- | --- |

1. **Fill in your employment information.**

| | **Debtor 1** | **Debtor 2 or non-filing spouse** |
| --- | --- | --- |

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

**Employment status**  
Debtor 1: ☒ Employed  ☐ Not employed  
Debtor 2 or non-filing spouse: ☐ Employed  ☐ Not employed

**Occupation**  Maintenance Man

**Employer's name**  DRS Property Management LLC

**Employer's address**  8255 Cascade St, Suite 120
Commerce Township, MI 48382

**How long employed there?**  18 months

| Part 2: | Give Details About Monthly Income |
| --- | --- |

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
| --- | --- | --- | --- |
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be.   2. | $ 4,333.34 | $ N/A |
| 3. | **Estimate and list monthly overtime pay.**   3. | +$ 0.00 | +$ N/A |
| 4. | **Calculate gross income.** Add line 2 + line 3.   4. | $ 4,333.34 | $ N/A |

Debtor 1    MARK MICHAEL MONTALTO, Sr.                                    Case number (*if known*) _____

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here ................................................ | 4. | $ 4,333.34 | $ N/A |

5. **List all payroll deductions:**

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 686.16 | $ N/A |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ N/A |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ N/A |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N/A |
| 5e. | **Insurance** | 5e. | $ 325.00 | $ N/A |
| 5f. | **Domestic support obligations** | 5f. | $ 2,370.68 | $ N/A |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ N/A |
| 5h.+ | **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 | + $ N/A |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.     6.    $ 3,381.84     $ N/A

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ 951.50     $ N/A

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.     8a.    $ 0.00     $ N/A

8b. **Interest and dividends**     8b.    $ 0.00     $ N/A

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.     8c.    $ 0.00     $ N/A

8d. **Unemployment compensation**     8d.    $ 0.00     $ N/A

8e. **Social Security**     8e.    $ 0.00     $ N/A

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____     8f.    $ 0.00     $ N/A

8g. **Pension or retirement income**     8g.    $ 0.00     $ N/A

8h.+ **Other monthly income.** Specify: _____     8h.+    $ 0.00     + $ N/A

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.     9.    $ 0.00     $ N/A

10. **Calculate monthly income.** Add line 7 + line 9.     10.    $ 951.50    + $ N/A    = $ 951.50
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____     11.    + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies     12.    $ 951.50

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☒ No.
☐ Yes. Explain: _____

Fill in this information to identify your case:

Debtor 1     MARK MICHAEL MONTALTO, Sr.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses
12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☒ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ☒ No

   Do not list Debtor 1 and    ☐ Yes.   Fill out this information for
   Debtor 2.                  each dependent..............

   Do not state the
   dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No / ☐ Yes |
| _____ | _____ | ☐ No / ☐ Yes |
| _____ | _____ | ☐ No / ☐ Yes |
| _____ | _____ | ☐ No / ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ☒ No   ☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ 0.00 |
| **If not included in line 4:** | |
| 4a.   Real estate taxes | 4a. $ 0.00 |
| 4b.   Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c.   Home maintenance, repair, and upkeep expenses | 4c. $ 277.50 |
| 4d.   Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 0.00 |
| 6. **Utilities:** | |
| 6a.   Electricity, heat, natural gas | 6a. $ 140.00 |
| 6b.   Water, sewer, garbage collection | 6b. $ 68.00 |
| 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c. $ 88.13 |
| 6d.   Other. Specify: | 6d. $ 0.00 |

Debtor 1    MARK MICHAEL MONTALTO, Sr.                              Case number (if known)

| | | | |
|---|---|---|---|
| 7. | **Food and housekeeping supplies** | 7. $ | 950.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 50.00 |
| 10. | **Personal care products and services** | 10. $ | 50.00 |
| 11. | **Medical and dental expenses** | 11. $ | 171.33 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare.<br>Do not include car payments. | 12. $ | 246.95 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 100.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 0.00 |
| 15. | **Insurance.**<br>Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a. $ | 0.00 |
| | 15b.  Health insurance | 15b. $ | 0.00 |
| | 15c.  Vehicle insurance | 15c. $ | 116.45 |
| | 15d.  Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.<br>Specify: | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1 | 17a. $ | 237.33 |
| | 17b.  Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c.  Other. Specify: | 17c. $ | 0.00 |
| | 17d.  Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.**<br>Specify: | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| | 20a.  Mortgages on other property | 20a. $ | 0.00 |
| | 20b.  Real estate taxes | 20b. $ | 0.00 |
| | 20c.  Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e.  Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | 21. +$ | 0.00 |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 2,495.69 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | 2,495.69 |

| | | | |
|---|---|---|---|
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 951.50 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 2,495.69 |
| | 23c. Subtract your monthly expenses from your monthly income.<br>The result is your *monthly net income*. | 23c. $ | -1,544.19 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☒ No.
☐ Yes.  |  Explain here:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | MARK MICHAEL MONTALTO, Sr. |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No
☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| | |
|---|---|
| X /s/ MARK MICHAEL MONTALTO, Sr. | X _____ |
| MARK MICHAEL MONTALTO, Sr. | Signature of Debtor 2 |
| Signature of Debtor 1 | |
| Date    March 13, 2025 | Date _____ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | MARK MICHAEL MONTALTO, Sr. |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1.    **What is your current marital status?**

☐ Married
☒ Not married

2.    **During the last 3 years, have you lived anywhere other than where you live now?**

☒ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3.    **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☒ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4.    **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☒ Wages, commissions, bonuses, tips | $5,461.38 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For last calendar year: (January 1 to December 31, 2024 )** | ☒ Wages, commissions, bonuses, tips | $54,511.78 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1  MARK MICHAEL MONTALTO, Sr.                                  Case number *(if known)*

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2023 )** | ☐ Wages, commissions, bonuses, tips | $113,836.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☒ Operating a business | | ☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☒ No
   ☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |

---

**Part 3:   List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
   ☒  No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?
   ☒  No.    Go to line 7.
   ☐  Yes    List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

   ☐  Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐  No.    Go to line 7.
   ☐  Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☒ No
   ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

**Statement of Financial Affairs for Individuals Filing for Bankruptcy**

Debtor 1    MARK MICHAEL MONTALTO, Sr.    Case number *(if known)* _____

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☒ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☒ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Mark Montalto 562023CA002940AXXXHC | Civil Commercial Litigation | 19TH   JUDICIAL CIRCUIT IN AND FOR ST LUCIE COUNTY, FLORIDA 201 S INDIAN RIVER DRIVE Fort Pierce, FL 34950 | ☒ Pending ☐ On appeal ☐ Concluded |
| Mark Montalto 562023CA002936AXXXHC | Civil Commercial Litigation | 19TH JUDICIAL CIRCUIT IN AND FOR ST LUCIE COUNTY, FLORIDA 201 S INDIAN RIVER DRIVE Fort Pierce, FL 34950 | ☒ Pending ☐ On appeal ☐ Concluded |
| MARK MONTALTO 562023CA002931AXXXHC | Civil Commercial Litigattion | 19TH JUDICIAL CIRCUIT IN AND FOR ST LUCIE COUNTY, FLORIDA 218 S 2ND STREET Fort Pierce, FL 34950 | ☒ Pending ☐ On appeal ☐ Concluded |
| MARK MONTALTO 562023CA002929AXXXHC | Civil Commercial Litigation | 19TH JUDICIAL CIRCUIT IN AND FOR ST LUCIE COUNTY, FLORIDA 218 S 2ND STREET Fort Pierce, FL 34950 | ☒ Pending ☐ On appeal ☐ Concluded |
| MARK MONTALTO V CHERYL MONTALTO 56-2020-DR-001033 | Divorce | 19TH JUDICIAL CIRCUIT IN AND FOR ST LUCIE COUNTY 218 S SECOND STREET Fort Pierce, FL 34950 | ☒ Pending ☐ On appeal ☐ Concluded  Pending Post-judgement |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   MARK MICHAEL MONTALTO, Sr.                                    Case number *(if known)*

---

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

- ☐ No. Go to line 11.
- ☒ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| Builder's First Source<br>PO Box 277126<br>Atlanta, GA 30384 | Seacoast Checking Account 3566<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☒ Property was garnished.<br>☐ Property was attached, seized or levied. | January 23, 2025 | $0.00 |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
- ☒ No
- ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
- ☒ No
- ☐ Yes

## Part 5:   List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
- ☒ No
- ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
- ☒ No
- ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that   total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

## Part 6:   List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

- ☒ No
- ☐ Yes.   Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

Debtor 1    MARK MICHAEL MONTALTO, Sr.                                    Case number *(if known)* _____

**Part 7:    List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
    Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

    ☐ No
    ☒ Yes. Fill in the details.

    | Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
    | --- | --- | --- | --- |
    | The Associates<br>2401 PGA Boulevard, Suite 280M<br>Palm Beach Gardens, FL 33410<br>www.theassociates.com | Check for $5,500.00, including $500 for costs. | March 30, 2024 | $5,500.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
    Do not include any payment or transfer that you listed on line 16.

    ☒ No
    ☐ Yes. Fill in the details.

    | Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
    | --- | --- | --- | --- |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
    Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

    ☐ No
    ☒ Yes. Fill in the details.

    | Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
    | --- | --- | --- | --- |
    | Albert Kleis | 2017 Cobia 296 CC with 2017 Ameritrail Trailer | $125,000.00 | 12/14/2023 |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

    ☒ No
    ☐ Yes. Fill in the details.

    | Name of trust | Description and value of the property transferred | Date Transfer was made |
    | --- | --- | --- |

Debtor 1   MARK MICHAEL MONTALTO, Sr.                                      Case number *(if known)*

---

| **Part 8:** | List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.
☐ No
☒ Yes. Fill in the details.

| Name of Financial Institution and Address *(Number, Street, City, State and ZIP Code)* | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| SEACOAST BANK BUSINESS ACCOUNT | XXXX-0711 | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 11/14/2023 | $21.20 |
| SEACOAST BANK BUSINESS ACCOUNT | XXXX-1430 | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 11/14/2023 | $33.95 |
| SEACOAST BANK BUSINESS ACCOUNT | XXXX-7090 | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 11/14/2023 | $29.83 |
| SEACOAST BANK BUSINESS ACCOUNT | XXXX-6691 | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 11/14/2023 | $420.16 |
| CENTER STATE BUSINESS ACCOUNT | XXXX-7894 | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 02/27/2024 | $1,006.21 |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☒ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address *(Number, Street, City, State and ZIP Code)* | Who else had access to it? Address *(Number, Street, City, State and ZIP Code)* | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☒ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address *(Number, Street, City, State and ZIP Code)* | Who else has or had access to it? Address *(Number, Street, City, State and ZIP Code)* | Describe the contents | Do you still have it? |
|---|---|---|---|

Debtor 1   MARK MICHAEL MONTALTO, Sr.                                    Case number *(if known)* _____

| **Part 9:** | Identify Property You Hold or Control for Someone Else |
|---|---|

23.  Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☒ **No**
☐ **Yes.  Fill in the details.**

| Owner's Name
Address (Number, Street, City, State and ZIP Code) | Where is the property?
(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| | | | |

| **Part 10:** | Give Details About Environmental Information |
|---|---|

For the purpose of Part 10, the following definitions apply:

☒ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

☒ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

☒ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.  Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☒ **No**
☐ **Yes. Fill in the details.**

| Name of site
Address (Number, Street, City, State and ZIP Code) | Governmental unit
Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25.  Have you notified any governmental unit of any release of hazardous material?

☒ **No**
☐ **Yes. Fill in the details.**

| Name of site
Address (Number, Street, City, State and ZIP Code) | Governmental unit
Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26.  Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☒ **No**
☐ **Yes. Fill in the details.**

| Case Title
Case Number | Court or agency
Name
Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

| **Part 11:** | Give Details About Your Business or Connections to Any Business |
|---|---|

27.  Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1    MARK MICHAEL MONTALTO, Sr.                                Case number *(if known)*

☐ **No. None of the above applies.    Go to Part 12.**

☒ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Port St Lucie Properties, Inc.<br>2690 SW Edgarce Street<br>Port Saint Lucie, FL 34953 | Builder | **EIN:**    59-2217111<br><br>**From-To**    1984 -current |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☒ **No**
☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ MARK MICHAEL MONTALTO, Sr.

MARK MICHAEL MONTALTO, Sr.                              **Signature of Debtor 2**
**Signature of Debtor 1**

Date    March 13, 2025                                    Date

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
☒ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
☒ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1     MARK MICHAEL MONTALTO, Sr.
            First Name            Middle Name            Last Name

Debtor 2
(Spouse if, filing)      First Name            Middle Name            Last Name

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number
(if known)

☐ Check if this is an
    amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7     12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
☒ **creditors have claims secured by your property, or**
☒ **you have leased personal property and the lease has not expired.**
**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors,**
      **whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list**
      **on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must**
      **sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,**
      **write your name and case number (if known).**

**Part 1:**    **List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the**
    **information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐   Retain the property and redeem it.<br>☐ Retain the property and enter into a<br>    *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐   Retain the property and redeem it.<br>☐ Retain the property and enter into a<br>    *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐   Retain the property and redeem it.<br>☐ Retain the property and enter into a<br>    *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐   Retain the property and redeem it.<br>☐ Retain the property and enter into a<br>    *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>☐ Yes |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    MARK MICHAEL MONTALTO, Sr.                                    Case number *(if known)*

---

**Part 2:    List Your Unexpired Personal Property Leases**

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |

**Part 3:    Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X  /s/ MARK MICHAEL MONTALTO, Sr.                    X
   MARK MICHAEL MONTALTO, Sr.                           Signature of Debtor 2
   Signature of Debtor 1

   Date    March 13, 2025                               Date

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# Notice Required by 11 U.S.C. § 342(b) for
# Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

    You are an individual filing for bankruptcy, and

    Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

    Chapter 7 - Liquidation

    Chapter 11 - Reorganization

    Chapter 12 - Voluntary repayment plan for family farmers or fishermen

    Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| + $15 | trustee surcharge |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

    most taxes;

    most student loans;

    domestic support and property settlement obligations;

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   |   |   |
|---|---|---|
|  | $1,167 | filing fee |
| + | $571 | administrative fee |
|  | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $78 | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $78 | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

> domestic support obligations,
>
> most student loans,
>
> certain taxes,
>
> debts for fraud or theft,
>
> debts for fraud or defalcation while acting in a fiduciary capacity,
>
> most criminal fines and restitution obligations,
>
> certain debts that are not listed in your bankruptcy papers,
>
> certain debts for acts that caused death or personal injury, and
>
> certain long-term secured debts.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

<div style="border:1px solid #000; background:#e0e0e0;">

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

</div>

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of Florida

In re  MARK MICHAEL MONTALTO, Sr.                                    Case No. _____
                                        Debtor(s)          Chapter  7 _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  March 13, 2025                    /s/ MARK MICHAEL MONTALTO, Sr.
                                         MARK MICHAEL MONTALTO, Sr.
                                         Signature of Debtor